UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ANN FAHEY<br><br>Plaintiff,<br><br>v.<br><br>GIANNINI GARDEN ORNAMENTS, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01653-HRL   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 4, 2015<br>Mediator:  Annie Rogaski |

IT IS HEREBY ORDERED that the request to excuse plaintiff Victoria Ann Fahey from appearing in person at the November 4, 2015, mediation before Annie Rogaski is GRANTED. Ms. Fahey shall participate by Skype in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: October 28, 2015

Maria-Elena James
United States Magistrate Judge